**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ERDAL ASLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-1319-M |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 30, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's applications for disability insurance benefits and supplemental security income under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(I), 423, 1382. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by February 13, 2015. Plaintiff has timely filed his objection.

Plaintiff objects to the Magistrate Judge's recommendation to affirm the Acting Commissioner's decision as incompetent, and on the grounds that "it fails to state grounds; vain repetition – posturing; undue delay; waste of time; confusion of issue and unfair prejudice."[1]

---

[1] Plaintiff also object to the Magistrate Judge indicating that plaintiff's supplemental security income ("SSI") application was being reviewed and asks this Court to strike the SSI income review. The Court finds that a review of the Report and Recommendation shows that the Magistrate Judge only mentions plaintiff's SSI application in the Procedural History and Administrative Decision section of the Report and Recommendation (*See* Report and Recommendation at 2), but the remaining section of the Report and Recommendation is a

Plf.'s Objection at 3. Having carefully reviewed this matter de novo, the Court finds that the Magistrate Judge's recommendation to affirm was not incompetent but was a thorough analysis of the issues, and further, the Magistrate Judge had sufficient grounds to make his recommendation and did not engage of in any of the tactics plaintiff alleges. Accordingly, the Court:

(1)     ADOPTS the through and well-reasoned Report and Recommendation [docket no. 22] issued by the Magistrate Judge on January 30, 2015; and

(2)     AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 24th day of March, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

---

thorough analysis of the Acting Commissioner's decision to deny plaintiff's disability benefits. Therefore, there is no need to strike the SSI income review.